FILED
2008 MAY -8 AM 11:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY _____

Manatt, Phelps & Phillips, LLP
GERALD A. MARGOLIS (Bar No. CA 059010)
E-mail: gmargolis@manatt.com
CRAIG S. RUTENBERG (Bar No. CA 205309)
E-mail: crutenberg@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Mozley, Finlayson & Loggins LLP
CHRISTOPHER E. PARKER (*pro hac vice* pending)
JESSICA B. COUCH (*pro hac vice* pending)
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, GA 30342

*Attorneys for Plaintiff*
DAN HOLLINGS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN HOLLINGS,<br><br>            Plaintiff,<br><br>      vs.<br><br>RHONDA BYRNE, an individual; PRIME TIME PRODUCTIONS, INC. an Australian Corporation; TS MERCHANDISING, a British Virgin Islands Corporation; and PRIME TIME US, INC, a Delaware Corporation,<br><br>            Defendant. | Case No. CV08-03024 DDP PJWx<br><br>PLAINTIFF DAN HOLLINGS CERTIFICATION OF INTERESTED PARTIES [L.R. 7.1-1] |

1  The undersigned, counsel of record for Plaintiff Dan Hollings, certifies that,
2  to his knowledge, there are no known parties other than the named plaintiff and
3  defendants who may have a pecuniary interest in the outcome of this case. These
4  representations are made to enable the Court to evaluate possible disqualification or
5  recusal.

Dated:   May 7, 2008

Respectfully submitted,

Manatt, Phelps & Phillips, LLP
Gerald A. Margolis
Craig S. Rutenberg


Mozley, Finlayson & Loggins LLP
Christopher E. Parker (*pro hac vice* pending)
Jessica B. Couch (*pro hac vice* pending)

By: _____
Craig S. Rutenberg
*Attorneys for Plaintiff*
DAN HOLLINGS