Christopher E. Parker
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia   30342

*Lodged Order*

FILED 2008 MAY -8 AM 11:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CA
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAN HOLLINGS,

Plaintiff(s),

v.

RHONDA BYRNE, an individual; et. al.

Defendant(s).

CASE NUMBER

**CV08-03024 DDP PJWx**

APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

NOTICE:   Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, _____Christopher E. Parker_____ , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant: _____Dan Hollings_____ by whom I have been retained.

My *out-of-state* business information is as follows:

_____Mozley, Finlayson & Loggins LLP_____
*Firm Name*

_____One Premier Plaza, Suite 900, 5605 Glenridge Drive_____
*Street Address*

_____Atlanta, Georgia   30342_____     _____cparker@mfllaw.com_____
*City, State, Zip*                                                *E-Mail Address*

_____404-256-0700_____     _____404-250-9355_____
*Telephone Number*                                              *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| State Bar of Georgia | 11/02/89 |
| U.S. Supreme Court | 12/07/98 |
| U.S. Court of Appeals 4th Circuit | 8/15/91 |
| Attached please find a complete list of admitted courts | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

FILED
MAY - 8 2008
CLERK, U.S. DISTRICT COURT 4612

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____Gerald A. Margolis_____ as local counsel, whose business information is as follows:

Manatt, Phelps & Phillips, LLP
*Firm Name*
11355 West Olympic Blvd.
*Street Address*
Los Angeles, California 90064         gmargolis@manatt.com
*City, State, Zip*                     *E-Mail Address*
310-312-4000                           310-312-4224
*Telephone Number*                     *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated   05/2/2008                      CHRISTOPHER E. PATCHOR
                                        *Applicant's Name (please print)*

                                        *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated   5-6-08                         GERALD A. MARGOLIS
                                        *Designee's Name (please print)*

                                        *Designee's Signature*
                                        59010
                                        *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

I am an active member in good standing with the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
| --- | --- |
| State Bar of Georgia | 11/02/89 |
| U.S. Supreme Court | 12/07/98 |
| U.S. Court of Appeals 4th Circuit | 8/15/91 |
| U.S. Court of Appeals for the 6th Circuit | 7/16/90 |
| U.S. Court of Appeals for the 7th Circuit | 6/23/95 |
| U.S. Court of Appeals for the 10th Circuit | 7/08/03 |
| U.S. Court of Appeals for the 11th Circuit | 8/14/92 |
| U.S. District Court for the ND of Georgia | 1/08/90 |
| U.S. District Court for the MD of Georgia | 5/05/97 |
| U.S. District Court for the ED of Michigan | 12/07/04 |
| Supreme Court of Georgia | 10/31/91 |
| Georgia Court of Appeals | 10/30/91 |
| Georgia Superior Courts | 11/02/89 |