|  | Priority |
|---|---|
| ✓ | Send |
| ___ | Clsd |
| ___ | Enter |
| ___ | JS-5/JS-6 |
| ___ | JS-2/JS-3 |
| ___ | Scan Only |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 08-03024 DDP (PJWx)                                Dated: May 15, 2008

Title:   DAN HOLLINGS, an individual -v- RHONDA BYRNE, an individual; TS PRODUCTION, LLC; THE SECRET LLC aka TS HOLDINGS LLC; TS PRODUCTION HOLDINGS LLC; TS MERCHANDISING, LTD, and PRIME TIME US, INC.

======================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                                    <u>None Present</u>
Courtroom Deputy                                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                    None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

   This action has been assigned to the calendar of Judge Dean D. Pregerson.

   Counsel are encouraged to review the Central District's website for additional information.  The address is **"http://www.cacd.uscourts.gov"**.

   It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.

   The Court requires <u>non-blue backed</u> courtesy copies of only the following manual and electronic filed documents:

   (1)   All noticed motions and related documents; and

   (2)   All *ex parte* applications and related documents.

   Said courtesy copies are to be delivered directly to Room 244-J.

MINUTES FORM 11                                                   Initials of Deputy Clerk __JAC_____
CIVIL -- GEN