LODGED

2008 MAY -8 AM 11:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAN HOLLINGS,

Plaintiff(s)

v.

RHONDA BYRNE, an individual; et. al.

Defendant(s).

CASE NUMBER

**CV08-03024 DDP PJWx**

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of **Christopher E. Parker**,
*Applicant's Name*

of **Mozley, Finlayson & Loggins LLP, 5605 Glenridge Drive, Atlanta, Georgia 30342**
*Firm Name / Address*

**404-256-0700**                               **cparker@mfllaw.com**
*Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant

**Dan Hollings**

and the designation of **Gerald A. Margolis/ Cal. State Bar No. 059010**
*Local Counsel Designee /State Bar Number*

of **Manatt, Phelps & Phillips, LLP, 11355 West Olympic Blvd., Los Angeles, California 90064**
*Local Counsel Firm / Address*

**310-312-4000**                               **gmargolis@manatt.com**
*Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**
☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated **5-16-08**              _____
                               U. S. District Judge/U.S. ~~Magistrate Judge~~