LODGED

CLERK, U.S. DIST

MAY 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAN HOLLINGS,

                                    Plaintiff(s)

v.

RHONDA BYRNE, an individual; et. al.

                                    Defendant(s).

CASE NUMBER

CV08-03024 DDP    PJWx

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of Jessica B. Couch ,
                                                                          *Applicant's Name*

of Mozley, Finlayson & Loggins LLP, 5605 Glenridge Drive, Atlanta, Georgia 30342
                                    *Firm Name / Address*

404-256-0700                              jcouch@mfllaw.com
        *Telephone Number*                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff    ☐ Defendant

Dan Hollings

and the designation of Gerald A. Margolis/ Cal. State Bar No. 059010
                       *Local Counsel Designee /State Bar Number*

of Manatt, Phelps & Phillips, LLP, 11355 West Olympic Blvd., Los Angeles, California 90064
                            *Local Counsel Firm / Address*

310-312-4000                              gmargolis@manatt.com
        *Telephone Number*                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  5-16-08                    _____
                                  U. S. District Judge/U.S. Magistrate Judge