UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 08-03024 DDP (PJWx) | Date | May 22, 2008 |

Title   DAN HOLLINGS, an individual -V- RHONDA BYRNE, an individual; TS PRODUCTION, LLC; THE SECRET LLC aka TS HOLDINGS LLC; TS PRODUCTION HOLDINGS LLC; TS MERCHANDISING, LTD, and PRIME TIME US, INC.

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that the document entitled FIRST AMENDED COMPLAINT, filed on May 21, 2008, docket number 8 was electronically filed incorrectly and therefore ordered STRICKEN from the docket. Counsel shall review the electronic filing procedures and re-file the document forthwith.

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |