GERALD A. MARGOLIS (CA Bar No. 45090)
CRAIG S. RUTENBERG (CA Bar No. 205309)
MANATT PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard, Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN HOLLINGS<br><br>PLAINTIFF(S)<br>v.<br><br>RHONDA BYRNE, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV08-3024 DDP (PJWx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1. FIRST AMENDED COMPLAINT
2. ORIGINAL PROOFS OF SERVICE OF SUMMONS, COMPLAINT, ETC.

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☒ Manual Filing required *(reason):* Court request

| | |
|---|---|
| May 22, 2008<br>Date | CRAIG S. RUTENBERG<br>Attorney Name<br>PLAINTIFF DAN HOLLINGS<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)     NOTICE OF MANUAL FILING     American LegalNet, Inc.
www.FormsWorkflow.com