1   Manatt, Phelps & Phillips, LLP
    GERALD A. MARGOLIS (Bar No. CA 059010)
2   E-mail: gmargolis@manatt.com
    CRAIG S. RUTENBERG (Bar No. CA 205309)
3   E-mail: crutenberg@manatt.com
    11355 West Olympic Boulevard
4   Los Angeles, CA  90064-1614
    Telephone:  (310) 312-4000
5   Facsimile:  (310) 312-4224

6   Mozley, Finlayson & Loggins LLP
    CHRISTOPHER E. PARKER (*admitted pro hac vice*)
7   E-mail: cparker@mfllaw.com
    JESSICA B. COUCH (*admitted pro hac vice*)
8   E-mail:  jcouch@mfllaw.com
    One Premier Plaza, Suite 900
9   5605 Glenridge Drive
    Atlanta, GA  30342
10
    *Attorneys for Plaintiff*
11  DAN HOLLINGS

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14

15
    DAN HOLLINGS, an individual          Case No. CV08-3024 DDP (PJWx)
16
                 Plaintiff,              **ORIGINAL PROOFS OF SERVICE
17                                       OF SUMMONS, COMPLAINT,
         vs.                             ETC.**
18
    RHONDA BYRNE, an individual; TS
19  PRODUCTION, LLC, a limited
    liability company of unknown
20  domesticity, THE SECRET, LLC a
    Delaware limited liability company aka
21  TS HOLDINGS, LLC, TS
    PRODUCTION HOLDINGS, LLC, a
22  Hungarian limited liability company;
    TS MERCHANDISING LTD., a
23  British Virgin Islands Corporation; and
    PRIME TIME U.S., INC., a Delaware
24  Corporation,

25               Defendants.

26

27

28

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

CRAIG S. RUTENBERG, ESQ.
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
Telephone: (310) 312-4000

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| DAN HOLLINGS | CASE NUMBER |
|---|---|
| Plaintiff, | CV08-03024 DDP PJWx |
| RHONDA BYRNE, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER); ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER); PLAINTIFF DAN HOLLINGS CERTIFICATION OF INTERESTED PARTIES; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTIRCT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDE; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : RHONDA BYRNE, AN INDIVIDUAL

By Serving        :Bridgette Murphy, Executive Assistant / Authorized To
                   Accept Service Of Process

Address           : ( Home )

                   900 Hot Springs Road
                   Santa Barbara, Ca 93108

Date of Service   : May 13, 2008

Time of Service   : 2:40PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 13, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA BARBARA
Number 170

Signature: _____
                   RYAN CARTER

CRAIG S. RUTENBERG, ESO.
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
Telephone: (310) 312-4000
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Plaintiff : DAN HOLLINGS
Defendant : RHONDA BYRNE, ET AL.

Ref # 50885414    **DECLARATION OF MAILING**    Case No. CV08-03024 DDP
                                                          PJWx

At the time of service I was at least eighteen years of age and not a party
to this action, and I served copies of the:
SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;
ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-
RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A
SPECIFIC CASE (PARKER); ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER);
PLAINTIFF DAN HOLLINGS CERTIFICATION OF INTERESTED PARTIES; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT
CENTRAL DISTIRCT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDE; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND
THE GENERAL PUBLIC


in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Jose, California, addressed as follows:


                    RHONDA BYRNE, AN INDIVIDUAL

                    ( Home )
                    900 Hot Springs Road
                    Santa Barbara, Ca 93108


                    Date of mailing: May 13, 2008


Person serving:
ROBINA ALVES                    Fee for service:
                                Registered California process server.
County Legal & Notary Service   (1) Employee or independent contractor.
255 N. Market Street, Suite 246 (2) Registration no.:1029
San Jose, California 95110      (3) County: SANTA CLARA
Telephone: (408) 295-2700

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.


Date: May 13, 2008              Signature: _Robina Alves_

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

CRAIG S. RUTENBERG, ESQ.
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
Telephone: (310) 312-4000

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN HOLLINGS | CASE NUMBER |
| Plaintiff, | CV08-03024 DDP PJWx |
| RHONDA BYRNE, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER); ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER); PLAINTIFF DAN HOLLINGS CERTIFICATION OF INTERESTED PARTIES; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDE; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : TS PRODUCTION, LLC

    By Serving      :Robert Rainone, President / Authorized To Accept
                     Service Of Process

    Address         : ( Business ) TS PRODUCTION, LLC

                     1550 North Cleveland
                     Chicago, Il 60657

    Date of Service : May 16, 2008

    Time of Service : 1:41PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 16, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered
Number

Signature: _____
                ROBERT RUSCH

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

CRAIG S. RUTENBERG, ESQ.

MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
Telephone: (310) 312-4000

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN HOLLINGS | CASE NUMBER |
| Plaintiff, | CV08-03024 DDP PJWx |
| RHONDA BYRNE, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of
eighteen, and not a party to this action; I served copies of the:
SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRUDE JUDGE FOR DISCOVERY; ORDER
ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER);
ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER); PLAINTIFF DAN HOLLINGS
CERTIFICATION OF INTERESTED PARTIES; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTIRCT OF CALIFORNIA
CIVILITY AND PROFESSIONALISM GUIDE; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC

in the within action by personally delivering true copies thereof to the
person served as follows:

Served            : THE SECRET LLC (A/K/A TS HOLDINGS LLC)

By Serving        :Don Schulz, Agent For Service Of Process

Address           : ( Business ) CT CORPORATION SYSTEMS

                    208 South Lasalle Street, Suite 814
                    Chicago, Il 60604
Date of Service : May 13, 2008

Time of Service : 1:52PM

I declare under penalty of perjury under the laws of the United States of
America that the foregoing information is true and correct.

Date: May 13, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered
Number

Signature: R. Duch

ROBERT RUSCH

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

CRAIG S. RUTENBERG, ESQ.
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
Telephone: (310) 312-4000

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| DAN HOLLINGS | CASE NUMBER |
|---|---|
| Plaintiff, | CV08-03024 DDP PJWx |
| RHONDA BYRNE, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER); ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER); PLAINTIFF DAN HOLLINGS CERTIFICATION OF INTERESTED PARTIES; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDE; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : TS PRODUCTION HOLDINGS, LLC

By Serving        :Scott La Scala, Managing Agent / Authorized To Accept
                   Service Of Process
Address           : ( Business ) CORPORATION TRUST COMPANY

                   1209 North Orange Street
                   Wilmington, De 19801
Date of Service : May 13, 2008

Time of Service : 1:40PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 13, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1028

Signature: _____
                          DANIEL NEWCOMB

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

CRAIG S. RUTENBERG, ESQ.

MANATT. PHELPS & PHILLIPS. LLP
11355 West Olympic Boulevard
Los Angeles. California  90064-1614
Telephone: (310) 312-4000

Attorney for: Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DAN HOLLINGS | CASE  NUMBER |
|---|---|
| Plaintiff. | CV08-03024 DDP PJWx |
| RHONDA BYRNE, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER); ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER); PLAINTIFF DAN HOLLINGS CERTIFICATION OF INTERESTED PARTIES; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTIRCT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDE; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : TS MERCHANDISING, LTD.

By Serving        :Don Schulz, Agent For Service Of Process

Address           : ( Business ) CT CORPORATION SYSTEMS

                    208 South Lasalle Street. Suite 814
                    Chicago. Il 60604
Date of Service : May 13, 2008

Time of Service : 1:35PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 13. 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered
Number

Signature: _D. Rusl_
                            ROBERT RUSCH

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

CRAIG S. RUTENBERG, ESQ.
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
Telephone: (310) 312-4000

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN HOLLINGS | CASE NUMBER |
| Plaintiff, | CV08-03024 DDP PJWx |
| RHONDA BYRNE, ET AL. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (COUCH); APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER); ORDER ON APPLICATION ON NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (PARKER); PLAINTIFF DAN HOLLINGS CERTIFICATION OF INTERESTED PARTIES; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTIRCT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDE; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : PRIME TIME US, INC.

By Serving        :Don Schulz, Agent For Service Of Process

Address           : ( Business ) CT CORPORATION SYSTEMS

                    208 South Lasalle Street, Suite 814
                    Chicago, Il 60604
Date of Service : May 13, 2008

Time of Service : 1:41PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 13, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered
Number

Signature: _R. Rush_

ROBERT RUSCH