Brian A. Cabianca
Squire Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004-4498

## ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Dan Hollings, | | CASE NUMBER |
| | Plaintiff(s) | CV08-03024 DDP (RZx) |
| v. | | |
| Rhonda Byrne, et al., | | APPLICATION OF NON-RESIDENT ATTORNEY |
| | Defendant(s). | TO APPEAR IN A SPECIFIC CASE |

NOTICE:  Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, _____ Brian A. Cabianca _____ , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant:
_____ See Attached List _____ by whom I have been retained.

My *out-of-state* business information is as follows:

Squire Sanders & Dempsey LLP.
*Firm Name*

Two Renaissance Square, 40 North Central Avenue, Suite 2700
*Street Address*

| | |
|---|---|
| Phoenix, AZ  85004-4498 | bcabianca@ssd.com |
| *City, State, Zip* | *E-Mail Address* |
| 602-528-4000 | 602-253-8129 |
| *Telephone Number* | *Fax Number* |

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of Arizona | 1995 |
| U.S. District Court, District of Arizona | 1995 |
| U.S. District Court, District of Colorado | 2006 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

PAID
JUN - 9 2008
CLERK, U.S. DISTRICT
COURT 4612

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ Alexandra A. Bodnar _____ as local counsel, whose business information is as follows:

Squire, Sanders & Dempsey L.L.P
*Firm Name*
555 South Flower Street, Suite 3100
*Street Address*

Los Angeles, CA  90071                          ABodnar@ssd.com
*City, State, Zip*                                        *E-Mail Address*
213-689-5184                                           213-623-4581
*Telephone Number*                                  *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  6/9/2008

Brian A. Cabianca
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  6/9/2008

Alexandra A. Bodnar
*Designee's Name (please print)*

*Designee's Signature*
185255
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

<u>Defendants</u>

Rhonda Byrne, TS Production LLC, The Secret LLC,
TS Holdings, LLC, TS Production Holdings LLC,
TS merchandising Ltd., and Prime Time US Inc.,

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071-2300. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 9, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document: APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE in a sealed envelope, postage fully paid, addressed as follows:

Christopher E. Parker
Jessica B. Couch
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342

Gerald A. Margolis
Craig S. Rutenberg
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 9, 2008, at Los Angeles, California.

_Carmen Chavez_
Carmen Chavez

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Tampa City Center
201 N. Franklin Street, Suite 2100
Tampa, Florida 33602

Proof of Service