Christopher I. Cedillo
Squire Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Ave, Suite 2700
Phoenix, AZ 85004-4498

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ORIGINAL

LODGED
2008 JUN -9 PH 4:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dan Hollings,<br><br>                                        Plaintiff(s)<br><br>                    v.<br><br>Rhonda Byrne, et al.<br><br>                                        Defendant(s). | CASE NUMBER<br><br>08-03024 DPP (PJWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of  Christopher I. Cedillo ,
                                                                                   *Applicant's Name*

of  Squire Sanders & Dempsey LLP; Two Renaissance Square, 40 North Central Ave. Phoenix, AZ  85004
                                            *Firm Name / Address*

602-528-4000                                    ccedillo@ssd.com
        *Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff  ☑ Defendant

See Attached List

and the designation of  Alexandra A. Bodnar/185255
                                    *Local Counsel Designee /State Bar Number*

of  555 South Flower Street, Sutie 3100, Los Angeles, CA  90071
                                    *Local Counsel Firm / Address*

213-689-5184                                    abodnar@ssd.com
        *Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:


☑ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated  6/9/08                        _____
                                        U. S. District Judge/~~U.S. Magistrate Judge~~

---

G–64 ORDER (01/08)            **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

Defendants

Rhonda Byrne, TS Production LLC, The Secret LLC,
TS Holdings, LLC, TS Production Holdings LLC,
TS merchandising Ltd., and Prime Time US Inc.,