Brian A. Cabianca
Squire Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Ave, Suite 2700
Phoenix, AZ 85004-4498

FILED
CLERK, U.S. DISTRICT COURT
JUN 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

ORIGINAL

LODGED
2008 JUN -9 PM 4:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Dan Hollings,

Plaintiff(s)

v.

Rhonda Byrne, et al.

Defendant(s).

CASE NUMBER

08-03024 DPP (PJWx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of __Brian A. Cabianca__,
                                                              *Applicant's Name*

of __Squire Sanders & Dempsey LLP; Two Renaissance Square, 40 North Central Ave. Phoenix, AZ 85004__
          *Firm Name / Address*

__602-528-4000__                              __bcabianca@ssd.com__
*Telephone Number*                             *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant

__See Attached List__

and the designation of __Alexandra A. Bodnar/185255__
                        *Local Counsel Designee / State Bar Number*

of __555 South Flower Street, Suite 3100, Los Angeles, CA 90071__
      *Local Counsel Firm / Address*

__213-689-5184__                              __abodnar@ssd.com__
*Telephone Number*                             *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __6/9/08__                              _/s/ Don D. Pregerson_
                                              U. S. District Judge/U.S. Magistrate Judge

Defendants

Rhonda Byrne, TS Production LLC, The Secret LLC,
TS Holdings, LLC, TS Production Holdings LLC,
TS merchandising Ltd., and Prime Time US Inc.,