|  | Priority |
|---|---|
| ✓ | **Send** |
| ___ | Clsd |
| ___ | Enter |
| ___ | JS-5/JS-6 |
| ___ | JS-2/JS-3 |
| ___ | Scan Only |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 08-03024 DDP (PJWx)                              Dated: July 10, 2008

Title:   DAN HOLLINGS, an individual -v- RHONDA BYRNE, an individual; TS PRODUCTION, LLC; THE SECRET LLC aka TS HOLDINGS LLC; TS PRODUCTION HOLDINGS LLC; TS MERCHANDISING, LTD, and PRIME TIME US, INC.

================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                              <u>None Present</u>
Courtroom Deputy                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                          None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF ILLINOIS (FILED ON 06-09-08) is hereby continued from July 14, 2008 to August 4, 2008 at 10:00 a.m.

MINUTES FORM 11                                              Initials of Deputy Clerk   JAC
CIVIL -- GEN