ALEXANDRA A. BODNAR (State Bar #185255)
abodnar@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
555 South Flower Street, Suite 3100
Los Angeles, California 90071
Phone: 213-689-5184
Fax:    213-623-4581

-and-

BRIAN A. CABIANCA (*pro hac vice*)
bcabianca@ssd.com
CHRISTOPHER I. CEDILLO (*pro hac vice*)
ccedillo@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
Phone: 602-528-4000
Fax:    602-253-8129

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN HOLLINGS, AN INDIVIDUAL,<br><br>              Plaintiff,<br><br>     vs.<br><br>RHONDA BYRNE, TS PRODUCTION LLC, THE SECRET LLC, TS HOLDINGS, LLC, TS PRODUCTION HOLDINGS LLC, TS MERCHANDISING LTD., AND PRIME TIME US INC.,<br><br>              Defendants. | Case No.  08-03024 DDP (PJWx)<br><br>STIPULATION TO ENTRY OF CONSENT ORDER |

Plaintiff Dan Hollings and Defendants Rhonda Byrne, TS Production LLC, The Secret LLC, TS Holdings, LLC, TS Production Holdings LLC, TS Merchandising Ltd., And Prime Time US Inc., jointly request and stipulate to the

entry of the Consent Order in the form attached hereto as Exhibit 1 and concurrently lodged herewith.

Dated this 29th day of July, 2008.

| /s/Christopher I. Cedillo | /s/ Christopher E. Parker (with permission) |
|---|---|
| Brian A. Cabianca | Christopher E. Parker |
| Christopher I. Cedillo | Jessica C. Lawrence |
| Squire, Sanders & Dempsey L.L.P. | Mozley, Finlayson & Loggins LLP |
| 40 North Central Avenue, Suite 2700 | One Premier Plaza, Suite 900 |
| Phoenix, Arizona 85004-4498 | 5605 Glenridge Drive |
|  | Atlanta, Georgia 30342 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

EXHIBIT 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN HOLLINGS, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>RHONDA BYRNE, TS PRODUCTION LLC, THE SECRET LLC, TS HOLDINGS, LLC, TS PRODUCTION HOLDINGS LLC, TS MERCHANDISING LTD., AND PRIME TIME US INC.,<br><br>Defendants. | Case No. 08-03024 DDP (PJWx)<br><br>[PROPOSED] CONSENT ORDER |

Plaintiff Dan Hollings, having agreed to consent to Defendants' Motion to Transfer [Docket No. 15] this case to the Northern District of Illinois, and all parties having stipulated to the entry of this Consent Order, and good cause appearing,

**THE COURT HEREBY ORDERS** that Defendants' Motion to Transfer this case to the Northern District of Illinois is **GRANTED**.

1

Dated: _____, 2008

2

_____
JUDGE DEAN D. PREGERSON

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498

- 2 -
[PROPOSED] CONSENT ORDER