UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 08-03024 DDP (PJWx)                                  Dated: July 30, 2008

Title:   DAN HOLLINGS, an individual -v- RHONDA BYRNE, an individual; TS PRODUCTION, LLC; THE SECRET LLC aka TS HOLDINGS LLC; TS PRODUCTION HOLDINGS LLC; TS MERCHANDISING, LTD, and PRIME TIME US, INC.

==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                      None Present
Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                  None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


    **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF ILLINOIS (FILED ON 06-09-08) set for August 4, 2008 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                       Initials of Deputy Clerk: JAC
CIVIL -- GEN