JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN HOLLINGS, AN INDIVIDUAL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RHONDA BYRNE, TS PRODUCTION LLC, THE SECRET LLC, TS HOLDINGS, LLC, TS PRODUCTION HOLDINGS LLC, TS MERCHANDISING LTD., AND PRIME TIME US INC.,<br><br>　　　　Defendants. | Case No. 08-03024 DDP (PJWx)<br><br>CONSENT ORDER |

　　Plaintiff Dan Hollings, having agreed to consent to Defendants' Motion to Transfer [Docket No. 15] this case to the Northern District of Illinois, and all parties having stipulated to the entry of this Consent Order, and good cause appearing,

///

///

///

1  **THE COURT HEREBY ORDERS** that Defendants' Motion to Transfer this case to the Northern District of Illinois is **GRANTED**.

Dated: July 31, 2008

*/s/ Dean D. Pregerson*
JUDGE DEAN D. PREGERSON

SQUIRE, SANDERS &
DEMPSEY L.L.P.
Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498

- 2 -
[PROPOSED] CONSENT ORDER



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:**   Clerk, United States District Court
_____ District of _____
_____
_____

**Re:**   Transfer of our Civil Case No. _____
           Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐   Original case file documents are enclosed in paper format.
☐   Electronic Documents are accessible through Pacer.
☐   Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: _____   By _____
                                                              Deputy Clerk

*cc:*   All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐   CivilIntakecourtdocs-LA@cacd.uscourts.gov   (Los Angeles Office)
☐   CivilIntakecourtdocs-RS@cacd.uscourts.gov   (Riverside Office)
☐   CivilIntakecourtdocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____   By _____
                                                              Deputy Clerk

CV-22 (05/08)   **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**