(PJWx), CLOSED, DISCOVERY, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08–cv–03024–DDP–PJW

Dan Hollings v. Rhonda Byrne et al  
Assigned to: Judge Dean D. Pregerson  
Referred to: Magistrate Judge Patrick J. Walsh  
Cause: 28:1332 Diversity–Breach of Contract  

Date Filed: 05/08/2008  
Date Terminated: 07/31/2008  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Dan Hollings**  
*an Individual*

represented by **Christopher E. Parker**  
Mozley Finlayson and Loggins LLP  
One Premiere Plaza  
5605 Glenridge Dr Suite 900  
Atlanta, GA 30342  
404–256–0700  
Fax: 404–250–9355  
Email: cparker@mfllaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Craig Steven Rutenberg**  
Manatt Phelps and Phillips LLP  
11355 West Olympic Boulevard  
Los Angeles, CA 90064–1614  
310–312–4000  
Email: crutenberg@manatt.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Gerald A Margolis**  
Manatt Phelps &Phillips LLP  
11355 W Olympic Boulevard  
Los Angeles, CA 90064–1614  
310–312–4000  
Email: Gmargolis@manatt.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jessica Couch Lawrence**  
Mozley Finlayson and Loggins LLP  
One Premier Plaza  
5605 Glenridge Drive Suite 900  
Atlanta, GA 30342  
404–256–0700  
Fax: 404–250–9355  
Email: jcouch@mfllaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | |
|---|---|
| **Rhonda Byrne**<br>*an individual* | represented by **Alexandra A Bodnar**<br>Squire Sanders &Dempsey<br>555 South Flower Street, 31st Floor<br>Los Angeles, CA 90071–2300<br>213–689–5184<br>Fax: 213–623–4581<br>Email: abodnar@ssd.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian A Cabianca**<br>Squire Sanders &Dempsey<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2700<br>Phoenix, AZ 85004–4498<br>602–528–4000<br>Fax: 602–253–8129<br>Email: bcabianca@ssd.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher I Cedillo**<br>Squire Sanders &Dempsey LLP<br>Two Renaissance Square<br>40 North Central Avenue<br>Suite 2700<br>Phoenix, AZ 85004–4498<br>602–528–4000<br>Fax: 602–253–8129<br>Email: ccedillo@ssd.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **TS Production, LLC**<br>*a limited liability company of unknown*<br>*domesticity* | represented by **Alexandra A Bodnar**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian A Cabianca**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher I Cedillo**<br>(See above for address) |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Secret, LLC**  represented by  **Alexandra A Bodnar**
*a Delaware limited liability company*  (See above for address)
*also known as*  *LEAD ATTORNEY*
TS Holdings, LLC  *ATTORNEY TO BE NOTICED*

**Brian A Cabianca**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher I Cedillo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TS Production Holdings, LLC**  represented by  **Alexandra A Bodnar**
*a Hungarian limited liability company*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian A Cabianca**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher I Cedillo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TS Merchandising Ltd.**  represented by  **Alexandra A Bodnar**
*a British Virgin Islands Corporation*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian A Cabianca**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher I Cedillo**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Prime Time U.S., Inc.**　　　　　　　　represented by **Alexandra A Bodnar**
*a Delaware Corporation*　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Brian A Cabianca**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Christopher I Cedillo**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*PRO HAC VICE*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2008 | Ï 1 | COMPLAINT against Defendants TS Production Holdings, LLC, TS Merchandising Ltd., Prime Time U.S., Inc., Rhonda Byrne, TS Production, LLC, The Secret, LLC.(Filing fee $ 350 Paid.) Jury Demanded., filed by plaintiff Dan Hollings.(ghap) Additional attachment(s) added on 5/14/2008 (cyo, ). Additional attachment(s) added on 5/14/2008 (cyo, ). (Entered: 05/12/2008) |
| 05/08/2008 | Ï | 20 DAY Summons Issued re Complaint – (Discovery) 1 as to Defendants TS Production Holdings, LLC, TS Merchandising Ltd., Prime Time U.S., Inc., Rhonda Byrne, TS Production, LLC, The Secret, LLC. (ghap) (Entered: 05/12/2008) |
| 05/08/2008 | Ï 2 | CERTIFICATION of Interested Parties filed by Plaintiff Dan Hollings. (ghap) Additional attachment(s) added on 5/14/2008 (cyo, ). (Entered: 05/12/2008) |
| 05/08/2008 | Ï 3 | APPLICATION OF NON–RESIDENT ATTORNEY Christopher E. Parker for Leave to Appear Pro Hac Vice. FEE PAID. filed by plaintiff Dan Hollings. Lodged Order. (ghap) (Entered: 05/12/2008) |
| 05/08/2008 | Ï 4 | APPLICATION OF NON–RESIDENT ATTORNEY Jessica B. Couch for Leave to Appear Pro Hac Vice. FEE PAID. filed by plaintiff Dan Hollings. Lodged Order. (ghap) (Entered: 05/12/2008) |
| 05/08/2008 | Ï | FAX number for Attorney Gerald A Margolis, Craig Steven Rutenberg is 310–312–4224. (ghap) (Entered: 05/12/2008) |
| 05/15/2008 | Ï 5 | MINUTES OF IN CHAMBERS ORDER held before Judge Dean D. Pregerson : This action has been assigned to the calendar of Judge Dean D. Pregerson. Counsel are encouraged to view the Central District's website for information. It is not necessary to clear a motion date with the Court Clerk prior to filing the motion–Court hears motions Mondays at 10:00 a.m. The Court requires non–blue backed courtesy copies of only the following manual and electronic filed documents: 91) All noticed motions and related documents; and (2) All ex parte applications and related documents. Said courtesy copies are to be delivered directly to Room 244–J. (tad) (Entered: |

| | | |
|---|---|---|
| | | 05/15/2008) |
| 05/16/2008 | Ï 6 | ORDER by Judge Dean D. Pregerson Granting APPLICATION OF NON–RESIDENT ATTORNEY Christopher E. Parker for Leave to Appear Pro Hac Vice. FEE PAID. 3 by Christopher E. Parker to appear on behalf of Plaintiff Dan Hollings.Gerald A. Margolis is designated as local counsel. Fee paid. (sce) (Entered: 05/19/2008) |
| 05/16/2008 | Ï 7 | ORDER by Judge Dean D. Pregerson Granting APPLICATION OF NON–RESIDENT ATTORNEY Jessica B. Couch for Leave to Appear Pro Hac Vice. FEE PAID. 4 by Jessica B. Couch to appear on behalf of Plaintiff Dan Hollings.Gerald A. Margolis is designated as local counsel. Fee paid. (sce) (Entered: 05/19/2008) |
| 05/21/2008 | Ï 8 | FIRST AMENDED COMPLAINT against Defendants TS Production Holdings, LLC, TS Merchandising Ltd., Prime Time U.S., Inc., Rhonda Byrne, TS Production, LLC, The Secret, LLC amending Complaint – (Discovery), Complaint – (Discovery) 1 –– *First Amended Complaint for: 1. Breach of Contract; 2. Fraudulent Inducement; 3. Unjust Enrichment; 4. Unfair Business Practices; 5. Promissory Estoppel; 6. Accounting*,filed by Plaintiff Dan Hollings (Rutenberg, Craig) Modified on 5/22/2008 (lc, ).(STRICKEN PER 5/22/08 MINUTES) (Entered: 05/21/2008) |
| 05/22/2008 | Ï 9 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Per G.O. 08,02, initiating document, i.e.Amended Complaint are Not to be e–filed, but manually filed with civil intake. RE: Amended Complaint, 8 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (lc) (Entered: 05/22/2008) |
| 05/22/2008 | ì 10 | MINUTES OF IN CHAMBERS ORDER held before Judge Dean D. Pregerson : COUNSEL ARE NOTIFIED that the document entitled FIRST AMENDED COMPLAINT, filed on May 21, 2008, docket number 8 was electronically filed incorrectly and therefore ordered STRICKEN from the docket. Counsel shall review the electronic filing procedures and re–file the document forthwith. (lc) (Entered: 05/22/2008) |
| 05/22/2008 | ì 11 | NOTICE of Manual Filing filed by Plaintiff Dan Hollings of First Amended Complaint; Original Proofs of Service of Summons, Complaint, etc.. (Rutenberg, Craig) (Entered: 05/22/2008) |
| 05/22/2008 | ì 13 | FIRST AMENDED COMPLAINT against defendants TS Production Holdings, LLC, TS Merchandising Ltd., Prime Time U.S., Inc., Rhonda Byrne, TS Production, LLC, The Secret, LLC amending Complaint – (Discovery) 1 ,filed by plaintiff Dan Hollings (lc) (lc). (Entered: 05/23/2008) |
| 05/23/2008 | ì 12 | PROOF OF SERVICE filed by Plaintiff Dan Hollings, –– *Original Proofs of Service of Summons, Complaint, etc.* served on May 13, 2008, May 16, 2008. (Rutenberg, Craig) (Entered: 05/23/2008) |
| 05/27/2008 | ì 14 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: wrong event: proof of service of subsequent documents; Correct specific event: Proof of Service of Summons and Complaint (20 day); (document is re 4 defendants, suggested that proofs be docketed separately for each defendant served. RE: Proof of Service (subsequent documents) 12 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (lc) (Entered: 05/27/2008) |
| 06/09/2008 | ì 15 | NOTICE OF MOTION AND MOTION to Transfer Case to Northern District of Illinois filed by Defendants Rhonda Byrne. Motion set for hearing on 7/14/2008 at 10:00 AM before Judge Dean D. Pregerson. (Attachments: # 1 Supplement motion to transfer, # 2 Affidavit notice of interested parties, # 3 Proposed Order proposed order granting motion to transfer)(Bodnar, Alexandra) (Entered: 06/09/2008) |

| | | |
|---|---|---|
| 06/09/2008 | 16 | APPLICATION OF NON–RESIDENT ATTORNEY Brian A Cabianca for Leave to Appear Pro Hac Vice designating Alexandra A Bodnar as local counsel. FEE PAID. filed by defendants TS Production Holdings, LLC, TS Merchandising Ltd., Prime Time U.S., Inc., Rhonda Byrne, TS Production, LLC, The Secret, LLC. (lc) (Entered: 06/10/2008) |
| 06/09/2008 | 17 | APPLICATION OF NON–RESIDENT ATTORNEY Christopher I Cedillo for Leave to Appear Pro Hac Vice designating Alexandra A Bodnar local counsel. FEE PAID. filed by defendants TS Production Holdings, LLC, TS Merchandising Ltd., Prime Time U.S., Inc., Rhonda Byrne, TS Production, LLC, The Secret, LLC. (lc) (Entered: 06/10/2008) |
| 06/09/2008 | 18 | ORDER by Judge Dean D. Pregerson Granting APPLICATION OF NON–RESIDENT ATTORNEY Christopher I Cedillo for Leave to Appear Pro Hac Vice. FEE PAID. 17 by Christopher I. Cedillo to appear on behalf of Defendants TS Production Holdings, LLC, TS Merchandising Ltd., Prime Time U.S., Inc., Rhonda Byrne, TS Production, LLC, The Secret, LLC.Alexandra A. Bodnar is designated as local counsel. Fee paid. (sce) (Entered: 06/11/2008) |
| 06/09/2008 | 19 | ORDER by Judge Dean D. Pregerson Granting APPLICATION OF NON–RESIDENT ATTORNEY Brian A Cabianca for Leave to Appear Pro Hac Vice. FEE PAID. 16 by Brain A. Cabianca to appear on behalf of Defendants TS Production Holdings, LLC, TS Merchandising Ltd., Prime Time U.S., Inc., Rhonda Byrne, TS Production, LLC, The Secret, LLC.Alexandra A. Bodnar is designated as local counsel. Fee paid. (sce) (Entered: 06/11/2008) |
| 06/23/2008 | 20 | OPPOSITION to MOTION to Transfer Case to Northern District of Illinois 15 filed by Plaintiff Dan Hollings. (Rutenberg, Craig) (Entered: 06/23/2008) |
| 07/07/2008 | 21 | REPLY in support of motion MOTION to Transfer Case to Northern District of Illinois 15 filed by Defendants TS Production Holdings, LLC, TS Merchandising Ltd., Prime Time U.S., Inc., Rhonda Byrne, TS Production, LLC, The Secret, LLC. (Bodnar, Alexandra) (Entered: 07/07/2008) |
| 07/10/2008 | 22 | MINUTES OF IN CHAMBERS ORDER held before Judge Dean D. Pregerson:COUNSEL ARE NOTIFIED that on the Court's own motion the MOTION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF ILLINOIS is hereby continued from July 14, 2008 to August 4, 2008 at 10:00 a.m. 15 (lc) (Entered: 07/10/2008) |
| 07/29/2008 | 23 | Joint STIPULATION for Order Granting Defendants' Motion to Transfer filed by Defendants TS Production Holdings, LLC, TS Merchandising Ltd., Prime Time U.S., Inc., Rhonda Byrne, TS Production, LLC, The Secret, LLC. (Attachments: # 1 Proposed Order)(Cedillo, Christopher) (Entered: 07/29/2008) |
| 07/30/2008 | 24 | MINUTES OF IN CHAMBERS ORDER held before Judge Dean D. Pregerson: COUNSEL ARE NOTIFIED that on the Court's own motion the MOTION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF ILLINOIS (FILED ON 06–09–08) set for August 4, 2008 at 10:00 a.m. 15 , is hereby taken off calendar, the hearing date vacated and will be decided without oral argument. (lc) (Entered: 07/30/2008) |
| 07/31/2008 | 25 | CONSENT ORDER: Plaintiff Dan Hollings, having agreed to consent to Defendants Motion to Transfer this case to the Northern District of Illinois, and all parties having stipulated to the entry of this Consent Order,THE COURT HEREBY ORDERS that Defendants Motion to Transfer this case to the Northern District of Illinois is GRANTED 15 . Documents electronically transferred to USDC Northern Illinois at Chicago (MD JS–6. Case Terminated.) (Attachments: # 1 Letter Transfer out letter) (lc) Modified on 7/31/2008 (lc, ). (Entered: 07/31/2008) |